# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jorge Alberto Coronado-Vejar**<br>DOB: 1984; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**19-09055 MJ** |

Complaint for violations of: Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II)
Title 21 United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

COUNT 1: On or about June 26, 2019, at or near Nogales, in the District of Arizona, **Jorge Alberto Coronado-Vejar** did knowingly and intentionally possess with intent to distribute 5 kilograms or more of cocaine, that is, approximately 11.90 kilograms of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

COUNT 2: On or about June 26, 2019, at or near Nogales, in the District of Arizona, **Jorge Alberto Coronado-Vejar** did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 22.34 kilograms of heroin, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(i).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On June 26, 2019, **Jorge Alberto CORONADO-Vejar** applied for admission into the U.S. from the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona, as the driver, registered owner, and sole occupant of a 2017 Chevrolet Silverado. During primary inspection, a Customs and Border Protection (CBP) officer observed CORONADO chewing gum in a fast and aggressive manner as if he was nervous. The CBP officer conducted an inspection of the interior of the vehicle and discovered a non-factory compartment behind the rear passenger seat. The CBP officer was able to put their hand into the opening and feel a hard package like item. CORONADO was asked if he had any drugs in the vehicle and he replied, "No." An x-ray scan of the vehicle revealed an anomaly with the back-seat area. A CBP drug detection canine alerted to the presence of a trained odor emanating from the back-seat area of the vehicle. Thirty-three packages were discovered in the back seat and wall area behind the back seat. A representative sample from twenty-one similar packages weighing a total of approximately 22.34 kilograms tested positive for the characteristics of heroin. A representative sample from twelve similar packages weighing a total of approximately 11.90 kilograms tested positive for the characteristics of cocaine.

After waiving his *Miranda* rights, CORONADO admitted that he knew drugs were hidden in his vehicle, but he did not know where. CORONADO said on June 26, 2019, he left his residence and attempted to smuggle the drugs into the U.S. CORONADO stated he was going to be paid between $1,500 to $2,000 to drive the vehicle from Mexico to Tucson, Arizona. CORONADO said he had smuggled drugs into the U.S. a total of three times.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>MSF/drh<br>AUTHORIZED AUSA *Mary Sue Feldmeier*<br>Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Bradley Baker - Special Agent<br><br>DATE<br>June 27, 2019 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54